NO. 06-14-00194-CR

| | | | |
|---|---|---|---|
| BENNIE JOHNSON, Jr., | § | ON APPEAL FROM THE | |
| Appellant | § | | |
| | § | | |
| VS. | § | 102TH JUDICIAL DISTRICT | |
| | § | | |
| STATE OF TEXAS, | § | COURT OF BOWIE COUNY | |
| Appellee | § | TEXAS | |

FILED IN
COURT OF APPEALS
TEXARKANA, TEXAS
9/21/2015 9:33:00 AM
DEBBIE AUTREY
Clerk

## MOTION FOR LEAVE FOR THE BELATED FILING OF APPELLEE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the State of Texas by and through her below named Criminal District Attorney and for its Motion for Belated Filing of Appellee's Brief states as follows:

I.

1. This case is pending from the 102nd Judicial District of Bowie County, Texas.

2. The case is styled State of Texas v. Bennie Johnson, Jr. Cause No. 12F0821-102.

3. Appellant was found guilty of the offense of Aggravated Sexual Assault and sentenced to LIFE in the Institutional Division of the Texas Department of Criminal Justice.

4. The Appellant's counsel on appeal filed an Anders brief on April 17, 2015.

5. The Appellant then filed a pro se brief on July 16, 2015

6. The State has previously requested one extension of time for filing a brief, making State's Brief due on September 16, 2015.

7. Appellee has now completed Appellee's brief, and requests leave of this Court for the belated filing of the same. Appellee's completed brief is filed simultaneously with this Motion.

II.

The Brief was not timely prepared in this matter due to the press of the business, both trial and appellate. Said business includes, but is not limited to, the following since Appellant's brief was filed:

- Preparation of the State's Brief in Roderick Beham v. State of Texas, Cause No. 06-14-00174, which was filed on July 22, 2015.

- Attendance at the Advanced Criminal Law Continuing Legal Education Conference in San Antonio, Texas on July 26-31, 2015.

- Pre-trial meetings and preparation for trial in State of Texas v. Steven Lorance, 15F0323-005 on August 4, 2015. The case was resolved short of a trial at a hearing on August 7, 2015.

- Preparation and attendance at the Grand Jury proceedings on August 20, 2015.

- Preparation and attendance at the Trial docket in the 5th District Court on August 24, 2015.

- Attendance at the Capital and Non-Capital Training for the Prosecution CLE in Plano, Texas, August 26-28, 2015.

- Preparation of the Appellate brief in Richard Darby v. State of Texas, Cause No. 06-15-0042-CR, 06-15-0043-CR, 06-15-0044-CR, 06-15-0045-CR, 06-15-0046-CR, which was filed on August 31, 2015.

- Preparation of the Appellate brief in Donald Brown v. State of Texas, Cause No. 06-14-00183-CR, which was filed on September 9, 2015.

- Preparation and attendance at hearings in the 5th Judicial Court on September 11, 2015.

- Preparation for the trial of State of Texas v. Richard Turner, 13F0312-102, Burglary of a Habitation and 13F0329-102, Aggravated Assault in the 102nd District Court. The trial commenced on September 15 and concluded September 18, 2015.

III.

This motion is made in good faith and not for purposes of delay.

## PRAYER

WHEREFORE, the State respectfully requests this Court permit leave for the belated filing of Appellee's Brief.

Respectfully submitted,

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON
Texas Bar No. 24079421
601 Main Street
Texarkana, TX 75501
ASSISTANT DISTRICT ATTORNEY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time for Filing State's Brief was forwarded to Mr. Derric McFarland, counsel for Appellant, on this the 21st day of September, 2015.

__/s/ Lauren N. Sutton_____
LAUREN N. SUTTON